FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 AUG -8 PM 4:04

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

IN RE: COLLATERAL SCHEDULE ) MC 419-007

## GENERAL ORDER AMENDING FORFEITURE OF COLLATERAL SCHEDULE

IT IS HEREBY ORDERED that the Forfeiture of Collateral Schedule adopted by this Court pursuant to Local Criminal Rule 58 is amended to reflect changes in Veterans Administration collateral forfeiture amounts, add FBI collateral forfeiture amounts for airport and aircraft offenses, and add National Park Service collateral forfeiture amounts.

IT IS FURTHER ORDERED that this amendment be entered of record upon the minutes of the Court for each of its statutory divisions, that the Clerk publish it on the Court's website, and that a copy of this amendment be furnished to the Eleventh Circuit Court of Appeals and the Administrative Office of the United States Courts.

SO ORDERED this 8th day of August, 2019.

J. RANDAL HALL
CHIEF JUDGE
UNITED STATES DISTRICT COURT JUDGE
SOUTHERN DISTRICT OF GEORGIA